| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Anthony J. DiNuova<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–9728<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of New Jersey | | Date case filed for chapter: 13    2/9/24 |
| Case number: 24–11254–JNP | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                      10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony J. DiNuova | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2413 Hartford Dr<br>Glendora, NJ 08029–1756 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey E. Jenkins<br>Jenkins Law Group<br>412 White Horse Pike<br>Audubon, NJ 08106 | Contact phone (856) 546–9696<br>Email: mail@jjenkinslawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Contact phone 856–663–5002 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>(800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 856–361–2300<br>Date: 2/10/24 |

**For more information, see page 2**

Debtor **Anthony J. DiNuova**                                                          Case number **24–11254–JNP**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 14, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 571 854 9346, Click on JOIN using passcode 0895556855, or call 1–856–329–3438**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/13/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/19/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at  www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 24-11254-JNP
Anthony J. DiNuova     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Feb 13, 2024     Form ID: 309I     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony J. DiNuova, 2413 Hartford Dr, Glendora, NJ 08029-1756 |
| 520158903 | + | AMCA, PO Box 1235, Elmsford NY 10523-0935 |
| 520158902 | | Aetna, co ORS, PO Box 2911269, Nashville TN 372291269 |
| 520158905 | + | Breg Inc, co Benuck Rainey Inc, 25 Concord Road, Lee NH 03861-6624 |
| 520158906 | + | Capital One Bank, 5800 North Course Drive, Houston TX 77072-1613 |
| 520158907 | | Capital One Bank, co Pressler Pressler, 7 Entin Road, Parsippany NJ 070545020 |
| 520158908 | + | Capital One Bank USA, 810 Bloomfield Avenue, Caldwell NJ 07006-6700 |
| 520158909 | + | Capital One Bank USA NA, co Hayt Hyt Landau LLC, Two Industrial Way West, Eatontown NJ 07724-2265 |
| 520158912 | | Citizens Bank, co Central Credit Services LLC, PO Box 1880, Saint Charles MO 633021880 |
| 520158914 | | Cooper University Health Care, PO Box 95000, Philadelphia PA 191950001 |
| 520158915 | | Copper University Health Care, co Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia PA 191760256 |
| 520158917 | | Emerg Phy Asoc of SJ, co HRRG, PO Box 5406 Suite 100, Cincinnati OH 452737942 |
| 520158918 | | Emerg Phy Assoc of S Jersey, co ARS, PO Box 630806, Cincinnati OH 452630806 |
| 520158923 | + | HSBC Bank Nevada NAOrchard Bank, 330 S Warminster Road Suite 353, Hatboro PA 19040-3433 |
| 520158924 | | HSBC Card Services, PO Box 385908, Minneapolis MN 554385908 |
| 520158922 | | Haddon Emergency Physicians, co Transworld Systems Inc, PO Box 15095, 198505095 |
| 520158921 | | Haddon Emergency Physicians, co Harvard Collection, 4839 N Elston Avenue, Chicago IL 606302534 |
| 520158927 | | Kennedy Health System, PO Box 958, Woodbury NJ 08096 |
| 520158926 | + | Kennedy Health System, so Jefferson Cherry Hill Hospital, 2201 Chapel Avenue West, Cherry Hill NJ 08002-2048 |
| 520158929 | + | Life Storage, 851 North Black Horse Pike, Blackwood NJ 08012-3936 |
| 520158930 | | Mainline Emergency Medicine, PO Box 415751, Boston MA 022415751 |
| 520158933 | | Millenium Health LLC, PO Box 844468, Dallas TX 752844468 |
| 520158935 | + | Paula DiNuova, 2413 Hartford Drive, Glendora NJ 08029-1756 |
| 520158937 | + | Progressive Garden State Ins Co, co Credit Collection Services, Two Wells Avenue 02459-3225 |
| 520158936 | + | Progressive Garden State Ins Co, co Credit Collection Services, 725 Canton Street, Norwood MA 02062-2679 |
| 520158941 | + | Select Portfolio Servicing, co KML LAw Group PC, 216 Haddon Avenue Suite 406, Collingswood NJ 08108-2812 |
| 520158944 | + | Temple University Hospital, 3401 North Broad Street, Philadelphia PA 19140-5189 |
| 520158945 | + | Virtua Health System, co Apex Asset Management LLC, PO Box 7044, Lancaster PA 17604-7044 |
| 520158946 | | Virtua West Jersey Health System, PO Box 8500, Philadelphia PA 191788267 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mail@jjenkinslawgroup.com | Feb 13 2024 21:02:00 | Jeffrey E. Jenkins, Jenkins Law Group, 412 White Horse Pike, Audubon, NJ 08106 |
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Feb 13 2024 21:02:00 | Andrew B Finberg, Office of the Chapter 13 Standing Truste, 535 Route 38, Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 24-11254-JNP    Doc 8    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 309I | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 520158904 | + | EDI: TSYS2 | Feb 14 2024 01:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 520158910 | | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One Bank USA NA, PO Box 71083, Charlotte NC 282721083 |
| 520158911 | + | Email/Text: bankruptcy@cavps.com | Feb 13 2024 21:04:00 | Cavalry Portfolio Service, 500 Summit Lake Drive Suite 400, Valhalla NY 10595-2321 |
| 520158913 | + | EDI: COMCASTCBLCENT | Feb 14 2024 01:47:00 | Comcast Xfinity, PO Box 70219, Philadelphia PA 19176-0219 |
| 520158916 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2024 21:06:54 | Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 |
| 520158919 | | EDI: PHINAMERI.COM | Feb 14 2024 01:47:00 | GMAC, Payment Processing Center, PO Box 78143, Phoenix AZ 850628143 |
| 520158920 | + | Email/Text: tlynch@gtmua.com | Feb 13 2024 21:04:00 | GTMUA, PO Box 216, Glendora NJ 08029-0216 |
| 520158925 | | Email/Text: mail@jjenkinslawgroup.com | Feb 13 2024 21:03:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520158928 | ^ | MEBN | Feb 13 2024 20:58:56 | KML Law Group, 701 Market Street Suite 5000 BNY, Philadelphia PA 19106-1541 |
| 520158931 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2024 21:06:52 | Merrick Bank, PO Box 660702, Dallas TX 75266-0702 |
| 520158932 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 13 2024 21:04:00 | Midland Funding LLC, 3111 Camino Del Rio North Suite 1300, San Diego CA 92108-5750 |
| 520158934 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 13 2024 21:05:00 | New Jersey American Water, PO Box 578, Alton IL 62002-0578 |
| 520158938 | ^ | MEBN | Feb 13 2024 20:57:29 | PSEG Co, PO Box 14444, New Brunswick NJ 089064444 |
| 520158939 | + | EDI: CCS.COM | Feb 14 2024 01:47:00 | Quest Diagnostics, co Credit Collection Services, Two Wells Avenue, Newton Center MA 02459-3225 |
| 520158943 | | EDI: AISSPRINT | Feb 14 2024 01:47:00 | Sprint, PO Box 4191, Carol Stream IL 60197 |
| 520158940 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2024 21:05:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City UT 841650250 |
| 520158942 | ^ | MEBN | Feb 13 2024 20:58:43 | South Jersey Gas, Po Box 6091, Bellmawr NJ 080996091 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Feb 13, 2024 Form ID: 309I Total Noticed: 50

Date: Feb 15, 2024 Signature: /s/Gustava Winters