UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 24-11254

Anthony J. DiNuova  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By /s/ Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                                                  Bankr. Case No. 24-11254

Anthony J. DiNuova                                                                                           Chapter 13

        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 21, 2024 :

| | |
|---|---|
| Jeffrey E. Jenkins<br>412 White Horse Pike<br>Audubon, NJ 08106 | Andrew Finberg<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 |

                                                                                         By /s/ Mandy Youngblood
                                                                                              Mandy Youngblood

xxxxx86831 / 1086729