Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−11254−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   2413 Hartford Dr
   Glendora, NJ 08029−1756

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 18, 2024
JAN: cm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 24-11254-JNP
Anthony J. DiNuova                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                    Page 1 of 3
Date Rcvd: Apr 18, 2024             Form ID: 148                                 Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony J. DiNuova, 2413 Hartford Dr, Glendora, NJ 08029-1756 |
| 520158903 | + | AMCA, PO Box 1235, Elmsford NY 10523-0935 |
| 520158902 | | Aetna, co ORS, PO Box 2911269, Nashville TN 372291269 |
| 520158905 | + | Breg Inc, co Benuck Rainey Inc, 25 Concord Road, Lee NH 03861-6624 |
| 520158906 | + | Capital One Bank, 5800 North Course Drive, Houston TX 77072-1613 |
| 520158907 | | Capital One Bank, co Pressler Pressler, 7 Entin Road, Parsippany NJ 070545020 |
| 520158908 | + | Capital One Bank USA, 810 Bloomfield Avenue, Caldwell NJ 07006-6700 |
| 520158909 | + | Capital One Bank USA NA, co Hayt Hyt Landau LLC, Two Industrial Way West, Eatontown NJ 07724-2265 |
| 520158912 | | Citizens Bank, co Central Credit Services LLC, PO Box 1880, Saint Charles MO 633021880 |
| 520158914 | | Cooper University Health Care, PO Box 95000, Philadelphia PA 191950001 |
| 520158915 | | Copper University Health Care, co Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia PA 191760256 |
| 520158917 | | Emerg Phy Asoc of SJ, co HRRG, PO Box 5406 Suite 100, Cincinnati OH 452737942 |
| 520158918 | | Emerg Phy Assoc of S Jersey, co ARS, PO Box 630806, Cincinnati OH 452630806 |
| 520167418 | + | Gloucester Township Sewer Utility, PO Box 216, Glendora, NJ 08029-0216 |
| 520158923 | + | HSBC Bank Nevada NAOrchard Bank, 330 S Warminster Road Suite 353, Hatboro PA 19040-3433 |
| 520158924 | | HSBC Card Services, PO Box 385908, Minneapolis MN 554385908 |
| 520158922 | | Haddon Emergency Physicians, co Transworld Systems Inc, PO Box 15095, 198505095 |
| 520158921 | | Haddon Emergency Physicians, co Harvard Collection, 4839 N Elston Avenue, Chicago IL 606302534 |
| 520158927 | | Kennedy Health System, PO Box 958, Woodbury NJ 08096 |
| 520158926 | + | Kennedy Health System, so Jefferson Cherry Hill Hospital, 2201 Chapel Avenue West, Cherry Hill NJ 08002-2048 |
| 520158929 | + | Life Storage, 851 North Black Horse Pike, Blackwood NJ 08012-3936 |
| 520158930 | | Mainline Emergency Medicine, PO Box 415751, Boston MA 022415751 |
| 520158933 | | Millenium Health LLC, PO Box 844468, Dallas TX 752844468 |
| 520158935 | + | Paula DiNuova, 2413 Hartford Drive, Glendora NJ 08029-1756 |
| 520158937 | + | Progressive Garden State Ins Co, co Credit Collection Services, Two Wells Avenue 02459-3225 |
| 520158936 | + | Progressive Garden State Ins Co, co Credit Collection Services, 725 Canton Street, Norwood MA 02062-2679 |
| 520158941 | + | Select Portfolio Servicing, co KML LAw Group PC, 216 Haddon Avenue Suite 406, Collingswood NJ 08108-2812 |
| 520158944 | + | Temple University Hospital, 3401 North Broad Street, Philadelphia PA 19140-5189 |
| 520158945 | + | Virtua Health System, co Apex Asset Management LLC, PO Box 7044, Lancaster PA 17604-7044 |
| 520158946 | | Virtua West Jersey Health System, PO Box 8500, Philadelphia PA 191788267 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520170529 | | EDI: PHINAMERI.COM | Apr 19 2024 01:01:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520158904 | + | EDI: TSYS2 | Apr 19 2024 01:01:00 | Barclays Bank Delaware, PO Box 8803, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Wilmington DE 19899-8803 |
| 520158910 | EDI: CAPITALONE.COM | Apr 19 2024 01:01:00 | Capital One Bank USA NA, PO Box 71083, Charlotte NC 282721083 |
| 520158911 | + Email/Text: bankruptcy@cavps.com | Apr 18 2024 21:20:00 | Cavalry Portfolio Service, 500 Summit Lake Drive Suite 400, Valhalla NY 10595-2321 |
| 520158913 | + EDI: COMCASTCBLCENT | Apr 19 2024 01:01:00 | Comcast Xfinity, PO Box 70219, Philadelphia PA 19176-0219 |
| 520158916 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 18 2024 21:24:55 | Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 |
| 520158919 | EDI: PHINAMERI.COM | Apr 19 2024 01:01:00 | GMAC, Payment Processing Center, PO Box 78143, Phoenix AZ 850628143 |
| 520158920 | + Email/Text: tlynch@gtmua.com | Apr 18 2024 21:20:00 | GTMUA, PO Box 216, Glendora NJ 08029-0216 |
| 520158925 | Email/Text: mail@jjenkinslawgroup.com | Apr 18 2024 21:18:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520158928 | ^ MEBN | Apr 18 2024 21:13:26 | KML Law Group, 701 Market Street Suite 5000 BNY, Philadelphia PA 19106-1541 |
| 520223865 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2024 21:25:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520180108 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2024 21:25:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520158931 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2024 21:25:02 | Merrick Bank, PO Box 660702, Dallas TX 75266-0702 |
| 520195091 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2024 21:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520158932 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2024 21:19:00 | Midland Funding LLC, 3111 Camino Del Rio North Suite 1300, San Diego CA 92108-5750 |
| 520158934 | + Email/Text: csc.bankruptcy@amwater.com | Apr 18 2024 21:20:00 | New Jersey American Water, PO Box 578, Alton IL 62002-0578 |
| 520158938 | ^ MEBN | Apr 18 2024 21:12:00 | PSEG Co, PO Box 14444, New Brunswick NJ 089064444 |
| 520222732 | EDI: Q3G.COM | Apr 19 2024 01:01:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520158939 | + EDI: CCS.COM | Apr 19 2024 01:01:00 | Quest Diagnostics, co Credit Collection Services, Two Wells Avenue, Newton Center MA 02459-3225 |
| 520158943 | EDI: AISSPRINT | Apr 19 2024 01:01:00 | Sprint, PO Box 4191, Carol Stream IL 60197 |
| 520158940 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2024 21:20:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City UT 841650250 |
| 520158942 | ^ MEBN | Apr 18 2024 21:13:00 | South Jersey Gas, Po Box 6091, Bellmawr NJ 080996091 |
| 520227398 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2024 21:20:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 18, 2024 | Form ID: 148 | Total Noticed: 55

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, as trustee for Bear Stea dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Anthony J. DiNuova mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4